AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
1:02 pm, Oct 18 2023

United States of America
v.

LASANDRA KAYE KEARNEY

Case No. 4:23-CR-139

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Lasandra Kaye Kearney,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct 1: Conspiracy to distribute controlled substances, in violation of T. 21 U.S.C. §§ 846, and 841(b)(1)(A); and
Ct 2: Prohibited person in possession of a firearm, in violation of T. 18 U.S.C. §§ 922(g)(1), and 924(a)(8).

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *(signature)*
DEPUTY CLERK

Date:   10/18/2023

City and state:   Des Moines, Iowa          William P. Kelly, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 10/25/23
at *(city and state)* Des Moines, IA.

Date: 10/25/23

*(signature)*
*Arresting officer's signature*

Ryan Brandt  US Postal Inspector
*Printed name and title*